IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDIN PORTELA-HERNANDEZ,

    Petitioner,

v.

DONALD J. TRUMP ET AL.,

    Respondents.

Civil No. 25-1633-BAH

## ORDER

Following a status conference held today, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Standing Order 2025-01, entered at ECF 5, until further order of this Court. Specifically, the Government/Respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Petitioner Edin Portela-Hernandez from the continental United States or altering his legal status.

Petitioner's motion for a temporary restraining order, ECF 4, is DENIED AS MOOT.[1]

As discussed, the parties are directed to confer and email a jointly agreed upon proposed schedule to my chambers.

Dated: May 22, 2025

                                                              /s/
                                                    Brendan A. Hurson
                                                    United States District Judge

---

[1] To the extent Petitioner also seeks an injunction enjoining the Government from removing the Petitioner from Maryland, the Court declines to grant that request for the reasons stated on the open record at the status conference.