IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDIN PORTELA-HERNANDEZ, | * |
| Petitioner, | * |
| v. | * |
| | *   Civil No. 25-1633-BAH |
| DONALD J. TRUMP ET AL., | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Following the hearing held earlier today on Petitioner's amended complaint and petition for habeas corpus under 28 U.S.C. § 2241, ECF 20, and the Government's motion to dismiss, ECF 15, the Court orders that Petitioner file a surreply to the Government's reply by August 20, 2025. Specifically, the surreply should respond to the Government's contention in its reply that Petitioner's revocation of supervision was lawful under governing regulations and should address whether the Court can reach (and remedy) that question through habeas.

The Government may file a status report after the anticipated August 15, 2025 custody review to inform the Court of the status and outcome of that custody review.

Dated: July 24, 2025

/s/
Brendan A. Hurson
United States District Judge