**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>BRENDAN A. HURSON<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>MDD_BAHChambers@mdd.uscourts.gov |

August 19, 2025

LETTER TO ALL COUNSEL OF RECORD

Re:   *Portela-Hernandez v. Trump et al.*
       Civil No. 25-1633-BAH

Dear Counsel:

The Court has received Petitioner Edin Portela-Hernandez's surreply to the motion to dismiss, ECF 27, authorized by the July 24, 2025 order, ECF 24. The surreply does not reference the anticipated August 15, 2025 custody review. By Friday, August 22, 2025, the parties are directed to file a status update noting whether the custody review happened and, if it did occur, the outcome, or, if it did not occur, the reason for its non-occurrence and whether it has been rescheduled.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States District Judge