IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| EDIN PORTELA-HERNANDEZ, | * | |
| Petitioner, | * | |
| v. | * | |
|  | * | Civil No. 25-1633-BAH |
| DONALD J. TRUMP ET AL., | * | |
| Respondents. | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Pending before the Court is Petitioner's amended complaint and petition for habeas corpus under 28 U.S.C. § 2241, ECF 20, and the Government's motion to dismiss, ECF 15. The Court HEREBY ORDERS that **by 5:00 p.m. on Monday, October 6, 2025**, the parties file a joint status report including (1) whether Petitioner has received a reasonable fear interview and (2) the steps the Government has taken in pursuit of removing Petitioner to Mexico since the last status update.

Dated: October 3, 2025                           /s/
                                                  Brendan A. Hurson
                                                  United States District Judge