IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDIN PORTELA-HERNANDEZ,

    Petitioner,

v.

                              Civil No. 25-1633-BAH

DONALD J. TRUMP ET AL.,

    Respondents.

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 9th day of January, 2026, ORDERED that:

1. Portela-Hernandez's second amended petition for writ of habeas corpus, ECF 39, is GRANTED;

2. Respondents' earlier filed motion to dismiss, ECF 15, is DENIED AS MOOT;

3. Respondents' motion to dismiss, ECF 40, is DENIED;

4. The Clerk is directed to substitute Vernon Liggins for Matthew Ellison pursuant to Fed. R. Civ. P. 25(d);

5. Respondents are directed to transport Portela-Hernandez from his current location to Baltimore, and to release him from the Baltimore ICE facility no later than Tuesday, January 13, 2026, at 5:00 p.m.; and

6. By Thursday, January 15, 2026, the parties are directed to file a joint status report confirming compliance with this order.

                                                      /s/
                                         Brendan A. Hurson
                                         United States District Judge